ANDRÉ BIROTTE, JR.
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
FRANCESCO P. BENAVIDES, CSBN 258924
Special Assistant United States Attorney
     Social Security Administration,
     Office of the General Counsel
     160 Spear Street, Suite 800
     San Francisco, California 94105
     Telephone: (415) 977-8978
     Facsimile: (415) 744-0134
     E-Mail: Francesco.Benavides@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| JAMES DAVIDSON, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> CAROLYN W. COLVIN, ) <br> Acting Commissioner of ) <br> Social Security, ) <br> ) <br> Defendant. ) <br> _____ ) | Case No. 2:12-cv-09968 DFM <br><br> ORDER FOR <br> AWARD OF EAJA FEES |

     Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"), IT IS ORDERED that Plaintiff is awarded attorney's fees pursuant to the Equal Access to Justice Act ("EAJA") in the amount of FIFTEEN THOUSAND DOLLARS ($15,000.00), as authorized by 28 U.S.C. § 2412(d), and THREE HUNDRED AND

1

FIFTY DOLLARS in costs, as authorized by 28 U.S.C. § 1920, and subject to the terms and conditions of the Stipulation.

DATED: June 6, 2014

**Douglas F. McCormick**
HON. DOUGLAS F. MCCORMICK
U.S. MAGISTRATE JUDGE

2